

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**SCOTT J. KANTOR**
Special Assistant Corporation Counsel
phone: (212) 374-3429
fax: (212) 788-9776
email: skantor@law.nyc.gov

March 12, 2012

**BY ECF**
The Honorable Sterling Johnson, Jr.
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Naheem Birch v. City of New York, et al.</u>, 11 CV 4765 (SJ) (JO)

Your Honor:

    I am a Special Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department representing the defendants in the above-referenced civil rights action. I am writing on behalf of the parties and submit the enclosed Stipulation of Voluntary Dismissal executed by counsel for the defendants and plaintiff's counsel, for the Court's endorsement.

    I thank the Court for its time and consideration of this matter.

        Respectfully submitted,

        /s/

        Scott J. Kantor
        Special Assistant Corporation Counsel

cc: <u>BY ECF</u>
   The Honorable James Orenstein
   Christopher D. Wright, Esq., Attorney for Plaintiff

Encl.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

NAHEEM BIRCH

                         Plaintiffs,

        -against-

THE CITY OF NEW YORK, POLICE OFFICERS
PATRICK CHILTON, POLICE OFFICERS MARCUS
RODRIGUEZ, POLICE OFFICERS GEORGE DUFFY,
POLICE ASHLEY BRETON and POLICE OFFICERS
DESMOND BROWN.

                        Defendants.

------------------------------------------------------------------------ X

**STIPULATION OF
VOLUNTARY DISMISSAL**

11-CV-04765(SJ)(JO)

        PLEAST TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(2), the parties

stipulate that plaintiff voluntarily withdraws the above referenced case with prejudice and

without attorneys' fees or costs to any party.

DATED:      March 12, 2012
              New York, New York

Christopher Wright
Attorneys for Plaintiff
305 Broadway, 14th Floor
New York, New York 10007
Telephone (212) 822-1419
Facsimile (212) 822-1463

By: _____
      CHRISTOPHER WRIGHT

MICHAEL A. CARDOZO
Corporation Counsel of the City of New
York
Attorney for Defendants
100 Church Street
New York, New York 10007
Telephone (212) 347-3429
Facsimile (212) 788-9776

By: _____ 3-12-12
      SCOTT J. KANTOR

SO ORDERED:


_____
HONORABLE  STERLING JOHNSON,
Jr, UNITED STATES DISTRICT JUDGE

Date: _____, 2012