

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **SCOTT J. KANTOR**<br>Special Assistant Corporation Counsel<br>phone: (212) 374-3429<br>fax: (212) 788-9776<br>email: skantor@law.nyc.gov |

March 12, 2012

**BY ECF**
The Honorable Sterling Johnson, Jr.
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Naheem Birch v. City of New York, et al., 11 CV 4765 (SJ) (JO)

Your Honor:

   I am a Special Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department representing the defendants in the above-referenced civil rights action. I am writing on behalf of the parties and submit the enclosed Stipulation of Voluntary Dismissal executed by counsel for the defendants and plaintiff's counsel, for the Court's endorsement.

   I thank the Court for its time and consideration of this matter.

                Respectfully submitted,

                /s/

                Scott J. Kantor
                Special Assistant Corporation Counsel

cc: BY ECF
   The Honorable James Orenstein
   Christopher D. Wright, Esq., Attorney for Plaintiff

Encl.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

NAHEEM BIRCH

                        Plaintiffs,

    -against-

THE CITY OF NEW YORK, POLICE OFFICERS PATRICK CHILTON, POLICE OFFICERS MARCUS RODRIGUEZ, POLICE OFFICERS GEORGE DUFFY, POLICE ASHLEY BRETON and POLICE OFFICERS DESMOND BROWN.

                        Defendants.
------------------------------------------------------------------ X

**STIPULATION OF VOLUNTARY DISMISSAL**

11-CV-04765(SJ)(JO)

        PLEAST TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(2), the parties stipulate that plaintiff voluntarily withdraws the above referenced case with prejudice and without attorneys' fees or costs to any party.

DATED:    March 12, 2012
                New York, New York

Christopher Wright
Attorneys for Plaintiff
305 Broadway, 14th Floor
New York, New York 10007
Telephone (212) 822-1419
Facsimile (212) 822-1463

By: _____
    CHRISTOPHER WRIGHT

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
Telephone (212) 347-3429
Facsimile (212) 788-9776

By: _____ 3-12-12
    SCOTT J. KANTOR

SO ORDERED:

_____
HONORABLE STERLING JOHNSON,
Jr, UNITED STATES DISTRICT JUDGE

Date: _____, 2012