**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 1 6 2012 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

-------------------------------------------------------------- X

NAHEEM BIRCH

                        Plaintiffs,

   -against-

THE CITY OF NEW YORK, POLICE OFFICERS
PATRICK CHILTON, POLICE OFFICERS MARCUS
RODRIGUEZ, POLICE OFFICERS GEORGE DUFFY,
POLICE ASHLEY BRETON and POLICE OFFICERS
DESMOND BROWN.

                        Defendants.

-------------------------------------------------------------- X

**STIPULATION OF VOLUNTARY DISMISSAL**

11-CV-04765(SJ)(JO)

PLEAST TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(2), the parties stipulate that plaintiff voluntarily withdraws the above referenced case with prejudice and without attorneys' fees or costs to any party.

DATED:    March 12, 2012
                New York, New York

Christopher Wright
Attorneys for Plaintiff
305 Broadway, 14th Floor
New York, New York 10007
Telephone (212) 822-1419
Facsimile (212) 822-1463

By: _____
    CHRISTOPHER WRIGHT

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
Telephone (212) 347-3429
Facsimile (212) 788-9776

By: _____ 3-12-12
    SCOTT J. KANTOR

So ORDERED.

s/Sterling Johnson, Jr.
_____
U.S.D.J.
Dated 5/11/2012